IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JACOB BIG SOLDIER, JR., DEANNA GOODEAGLE, and LATISHA EASLEY, | ) ) ) | |
| Petitioners, | ) ) | |
| vs. | ) ) | Case No. CIV-16-958-M |
| CHARLIE DOUGHERTY, Sheriff, et al., | ) ) | |
| Respondents. | ) | |

## ORDER

On August 31, 2016, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be dismissed without prejudice for failure to exhaust tribal remedies. Petitioners were advised of their right to object to the Report and Recommendation by September 20, 2016. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on August 31, 2016, and

(2) DISMISSES the Petition for Writ of Habeas Corpus without prejudice for failure to exhaust tribal remedies.

**IT IS SO ORDERED this 27th day of September, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE